UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL GROSSBERG, | : | Civil Action No. 02-4900 (FSH) |
|     Plaintiff, | : | |
| | : | **OPINION & ORDER** |
| vs. | : | |
| | : | May 25, 2005 |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
|     Defendant. | : | |

**HOCHBERG, District Judge**

    This matter having come before the Court upon remand of Plaintiff's Motion for Attorney's Fees by the United States Court of Appeals for the Third Circuit, and for good cause having been shown,

    IT IS THEREFORE on this 25th day of May, 2005, hereby

    ORDERED that Plaintiff submit a new brief requesting attorney's fees by June 9, 2005; and it is further

    ORDERED that Defendant file a responsive brief by June 16, 2005; and it is further

    ORDERED that Plaintiff file a reply, if any, by June 23, 2005.

                                                      /s/ Faith S. Hochberg
                                                      Hon. Faith S. Hochberg, U.S.D.J.